Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@semenzalaw.com
Christopher D. Kircher, Esq., Bar No. 11176
Email: cdk@semenzalaw.com
LAWRENCE J. SEMENZA, III, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

Attorneys for Wynn Las Vegas, LLC

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| WYNN LAS VEGAS, LLC D/B/A WYNN LAS VEGAS, a Nevada limited liability company,<br><br>        Plaintiff,<br><br>v.<br><br>KONSTANTINOS ZOGGOLIS, an individual,<br><br>        Defendant. | Case No. 2:14-cv-00157-PMP-VCF<br><br>Consolidated with:<br><br>Case No. 2:11-cv-01562-PMP-PAL<br><br>**STIPULATION AND ORDER TO DISMISS THE CONSOLIDATED CASES WITH PREJUDICE** |
| KONSTANIN ZOGGOLIS,<br><br>        Plaintiff,<br><br>v.<br><br>WYNN LAS VEGAS, LLC, a Nevada Limited Liability Company,<br><br>        Defendant. | |

  Wynn Las Vegas LLC d/b/a Wynn Las Vegas ("Wynn") and Konstantinos Zoggolis ("Zoggolis") (together, the "Parties"), by and through their undersigned counsel, hereby stipulate to the following:

  1. Wynn's Complaint shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs;

1

     2.    Zoggolis' Complaint shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs;

     3.    This stipulation is intended to dismiss all the claims between the Parties in these consolidated cases and result in the dismissal of these actions in their entirety; and

     4.    A scheduling order has been issued in this case but no trial date has been set.

DATED this 19th day of November, 2014.          DATED this 19th day of November, 2014.


LAWRENCE J. SEMENZA, III, P.C.


/s/ Lawrence J. Semenza, III                   /s/ Gary Logan
Lawrence J. Semenza, III, Esq., Bar No. 7174    Gary Logan, Esq., Bar No. 000302
Christopher D. Kircher, Esq., Bar No. 11176     Bank of America Plaza
10161 Park Run Drive, Suite 150                   300 S. Fourth Street, Suite 701
Las Vegas, Nevada 89145                           Las Vegas, Nevada 89101

Attorneys for Wynn Las Vegas, LLC            Attorney for Konstantinos Zoggolis


**IT IS SO ORDERED.**



_____
UNITED STATES DISTRICT COURT JUDGE

DATED: 11/20/14

LAWRENCE J. SEMENZA, III, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

2